UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RENE SIERRA, JOSE SANCHEZ,
YANDY RODRIGUEZ, PEDRO
RODRIGUEZ, DJORDJ SINAVONIC,
ARMANDO LEON, DANIEL
FIGUEREDO and YOLEXI RODRIGUEZ,

 Plaintiffs,

v. Case No: 8:17-cv-812-T-36JSS

DIAMOND RECONSTRUCTION OF
TAMPA BAY, LLC, DIAMOND
RECONSTRUCTION SERVICES, LLC,
NICHOLAS EXARHOS and JASON
PHILLIPS,

 Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on January 12, 2018 (Doc. 47). In the Report and Recommendation, Magistrate Judge Sneed recommends that the Court grant the parties' Joint Motion for Approval of Settlement (Doc. 46). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On January 12, 2018, the parties filed their Joint Notice of No Objection (Doc. 48).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 47) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Approval of Settlement (Doc. 46) is **GRANTED.** The Settlement Agreement (Doc. 46 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties are directed to comply with it.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on January 17, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record